KEVIN B. BRIGGS
  County Counsel
MICHAEL R. LINDEN
  Deputy County Counsel – State Bar No. 192485
2220 Tulare Street, Ste. 500
Fresno, California   93721
Telephone:  (559) 600-3479
Facsimile:   (559) 600-3480

Attorneys for Defendants
MARGARET MIMS, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN HALL, SHAWN GONZALEZ, SHARON CHAVEZ, ROBERT MERRYMAN, DAWN SINGH, CARLTON FIELDS, and BRIAN MURPHY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARGARET MIMS, Sheriff, Fresno County; EDWARD MORENO, M.D., Director, Fresno County Department of Public Health; GEORGE LAIRD, Ph.D., Division Manager, Division of Correctional Health, Fresno County Department of Public Health; PRATAP NARAYEN, M.D., Medical Director, Division of Correctional Health, Fresno County Department of Public Health; RICK HILL, Captain of Detention, Fresno County Sheriff's Office; MARILYNN WELDON, Captain of Inmate Programs and Contracts, Fresno County Sheriff's Office,<br><br>Defendants. | Case No.  1:11-cv-02047 LJO BAM<br><br>**STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** |

Stipulation and Order Continuing
Mandatory Scheduling Conference

1

Case No. 1:11-cv-02047-LJO-BAM

1   Defendants MARGARET MIMS, et al. (hereinafter "Defendants"), specially-
2  appearing for the limited purpose of this stipulation, and plaintiffs QUENTIN HALL, et al.
3  (hereinafter "Plaintiffs"), respectfully submit this Stipulation to continue the Mandatory
4  Scheduling Conference in the above-entitled action.

5   WHEREAS, on December 13, 2011, Plaintiffs filed their initial complaint in this
6  Court.  At this time, the Court set the Mandatory Scheduling Conference for February
7  29, 2012, at 9:30 a.m., in Courtroom 8, the Hon. Barbara A. McAuliffe presiding.
8  However, this complaint was never served on Defendants.

9   WHEREAS, on January 25, 2012, Plaintiffs filed their First Amended Complaint
10 ("FAC").

11  WHEREAS, on February 10, 2012, Plaintiffs' counsel sent, via Federal Express
12 delivery, waiver of service of summons documents to Defendants' counsel, pursuant to
13 Rule 4(d) of the Federal Rules of Civil Procedure.  On February 15, 2012, Defendants'
14 executed the waiver forms on behalf of the defendants, and sent the forms to Plaintiffs'
15 counsel via regular mail.

16   WHEREAS, pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the
17 last day for Defendants to file a responsive pleading is April 10, 2010.

18  THEREFORE, Plaintiffs and Defendants, by and through their counsel, hereby
19 stipulate that the Mandatory Scheduling Conference be continued to May 7, 2012, at
20 9:30 a.m., in Courtroom 8, the Hon. Barbara A. McAuliffe presiding.

21 **IT IS SO STIPULATED.**

22 Dated:  February 17, 2012

23                                         KEVIN B. BRIGGS
                                           County Counsel

25                              By:    /s/ Michael Linden
                                       Michael R. Linden, Deputy
26                                     Attorneys for Defendants
                                       MARGARET MIMS, et al.

1 | Dated: February 17, 2012

COOLEY LLP

By:    /s/ Maureen Alger
        Maureen P. Alger
        Attorney for Plaintiffs

IT IS SO ORDERED.

Dated:  February 21, 2012           /s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE