# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN HALL, SHAWN GONZALEZ, SHARON CHAVEZ, ROBERT MERRYMAN, DAWN SINGH, CARLTON FIELDS, and BRIAN MURPHY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARGARET MIMS, Sheriff, Fresno County; EDWARD MORENO, M.D., Director, Fresno County Department of Public Health; GEORGE LAIRD, Ph.D., Division Manager, Division of Correctional Health, Fresno County Department of Public Health; PRATAP NARAYEN, M.D., Medical Director, Division of Correctional Health, Fresno County Department of Public Health; RICK HILL, Captain of Detention, Fresno County Sheriff's Office; MARILYNN WELDON, Captain of Inmate Programs and Contracts, Fresno County Sheriff's Office,<br><br>Defendants. | Case No. 1:11-cv-02047 LJO BAM<br><br>**ORDER EXTENDING TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT** |

1  Based on the Stipulation of the parties (Doc. 33), and for good cause shown, the
2  Court grants Defendants' request for a two day extension to file an Answer to Plaintiffs'
3  First Amended Complaint. Defendants' Answer shall be due no later than June 1, 2012.

6  IT IS SO ORDERED.

7  Dated:   **May 30, 2012**                    /s/ *Barbara A. McAuliffe*
8                                               UNITED STATES MAGISTRATE JUDGE