KEVIN B. BRIGGS
  County Counsel
MICHAEL R. LINDEN
  Deputy County Counsel – State Bar No. 192485
2220 Tulare Street, Ste. 500
Fresno, California   93721
Telephone:  (559) 600-3479
Facsimile:   (559) 600-3480

Attorneys for Defendants
MARGARET MIMS, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN HALL, SHAWN GONZALEZ, SHARON CHAVEZ, ROBERT MERRYMAN, DAWN SINGH, CARLTON FIELDS, and BRIAN MURPHY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARGARET MIMS, Sheriff, Fresno County; EDWARD MORENO, M.D., Director, Fresno County Department of Public Health; GEORGE LAIRD, Ph.D., Division Manager, Division of Correctional Health, Fresno County Department of Public Health; PRATAP NARAYEN, M.D., Medical Director, Division of Correctional Health, Fresno County Department of Public Health; RICK HILL, Captain of Detention, Fresno County Sheriff's Office; MARILYNN WELDON, Captain of Inmate Programs and Contracts, Fresno County Sheriff's Office,<br><br>Defendants. | Case No.  1:11-cv-02047 LJO BAM<br><br>**STIPULATION AND ORDER MODIFYING PRELIMINARY SCHEDULING ORDER TO SET LAST DAY TO SERVE INITIAL DISCLOSURES** |

Defendants MARGARET MIMS, et al. (hereinafter "Defendants"), and plaintiffs QUENTIN HALL, et al. (hereinafter "Plaintiffs"), through their respective counsel of record, respectfully submit this Stipulation to modify the existing Preliminary Scheduling Order to set a last day to serve Initial Disclosures, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

WHEREAS, on June 19, 2012, the Court conducted a mandatory scheduling conference.

WHEREAS, on June 20, 2012, the Court issued its Preliminary Scheduling Order, which did not include a date for the service of Initial Disclosures.

THEREFORE, Plaintiffs and Defendants, by and through their counsel, hereby stipulate that the last day for the parties to serve their Initial Disclosures is July 31, 2012. No further extensions of time for the service of the parties' Initial Disclosures will be granted. However, this stipulation and order does not affect the ability of the parties to make supplemental disclosures, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: June 29, 2012

          KEVIN B. BRIGGS
          County Counsel

          By:   /s/ Michael Linden
                 Michael R. Linden, Deputy
                 Attorneys for Defendants
                 MARGARET MIMS, et al.

Dated: June 29, 2012

          COOLEY LLP

          By:   /s/ Maureen Alger
                 Maureen P. Alger
                 Attorney for Plaintiffs

**ORDER**

Based on the Stipulation of the parties (Doc. 41), and for good cause shown, the Court modifies the Scheduling Order (Doc. 39) to permit the parties to serve initial disclosures no later than July 31, 2012.

IT IS SO ORDERED.

Dated: **July 11, 2012**         /s/ *Barbara A. McAuliffe*
         UNITED STATES MAGISTRATE JUDGE