McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Michael G. Woods, #58683
  *mike.woods@mccormickbarstow.com*
Adam B. Stirrup, #257683
  *adam.stirrup@mccormickbarstow.com*
5 River Park Place East
Fresno, California 93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendants MARGARET MIMS, Sheriff, Fresno County; EDWARD MORENO, M.D., Director, Fresno County Department of Public Health; GEORGE LAIRD, Ph.D., Division Manager, Division of Correctional Health, Fresno County Department of Public Health; PRATAP NARAYEN, M.D., Medical Director, Division of Correctional Health, Fresno County Department of Public Health; RICK HILL, Captain of Detention, Fresno County Sheriff's Office; MARILYN WELDON, Captain of Inmate Programs and Contracts, Fresno County Sheriff's Office

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN HALL, SHAWN GONZALES, SHARON CHAVEZ, ROBERT MERRYMAN, DAWN SINGH, CARLTON FIELDS, and BRIAN MURPHY on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>MARGARET MIMS, Sheriff, Fresno County; EDWARD MORENO, M.D., Director, Fresno County Department of Public Health; GEORGE LAIRD, Ph.D., Division Manager, Division of Correctional Health, Fresno County Department of Public Health; PRATAP NARAYEN, M.D., Medical Director, Division of Correctional Health, Fresno County Department of Public Health; RICK HILL, Captain of Detention, Fresno County Sheriff's Office; MARILYNN WELDON, Captain of Inmate Programs and Contracts, Fresno County Sheriff's Office,<br><br>        Defendants. | Case No. 1:11-CV-02047-LJO-BAM<br><br>**STIPULATION FOR LEAVE OF COURT FOR DEFENDANTS TO TAKE DEPOSITIONS OF PLAINTIFFS** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION FOR LEAVE OF COURT FOR DEFENDANTS TO TAKE DEPOSITIONS OF PLAINTIFFS

**STIPULATION**

It is hereby stipulated between Plaintiffs and Defendants, by and through their respective counsel, as follows:

1. Pursuant to Federal Rule of Civil Procedure Rule 30(a)(2)(B), Defendants seek leave of court to take the depositions of the following:

   a. Plaintiff QUENTIN HALL;

   b. Plaintiff SHAWN GONZALES;

   c. Plaintiff ROBERT MERRYMAN;

   d. Plaintiff DAWN SINGH;

   e. Plaintiff CARLTON FIELDS; and

   f. Plaintiff BRIAN MURPHY.

2. The above-mentioned depositions of Plaintiffs may proceed regarding issues of class certification as set forth herein pursuant to Federal Rule of Civil Procedure Rule 30.

3. The information regarding issues of class certification sought through the above-mentioned depositions of Plaintiffs is not cumulative, duplicative, nor obtainable through other means.

4. Plaintiffs QUENTIN HALL, SHAWN GONZALES, DAWN SINGH and CARLTON FIELDS currently reside in the Fresno County Jail in Fresno, California.

5. The deposition of Plaintiff QUENTIN HALL shall take place in the Fresno County Jail on November 6, 2012 at 9:00 a.m. Mr. Hall will not be shackled or belly chained during his deposition. There will not be a correctional officer present in the room during his deposition.

6. The deposition of Plaintiff DAWN SINGH shall take place in the Fresno County Jail on November 7, 2012 at 9:00 a.m. Ms. Singh will not be shackled or belly chained during her deposition. There will not be a correctional officer present in the room during her deposition.

7. The deposition of Plaintiff CARLTON FIELDS shall take place in the Fresno County Jail on November 8, 2012 at 9:00 a.m. At the time of this stipulation, Mr. Fields has been released from high security lock down, and will not be shackled or belly chained during his deposition unless his classification status changes. There will not be a correctional officer present in the room during his deposition.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

1
STIPULATION FOR LEAVE OF COURT FOR DEFENDANTS TO TAKE DEPOSITIONS OF PLAINTIFFS

8. The parties agree to meet and confer and coordinate the deposition of Plaintiff SHAWN GONZALES in good faith. The deposition of Mr. Gonzales will take place in the Fresno County Jail at a date and time that is mutually convenient for the parties. Mr. Gonzales will not be shackled or belly chained during his deposition. There will not be a correctional officer present in the room during his deposition.

9. Plaintiff ROBERT MERRYMAN currently resides in the Richard J. Donovan Correctional Facility in San Diego, California in the custody of the California Department of Corrections & Rehabilitation. Defendants shall make all necessary arrangements with the California Department of Corrections & Rehabilitation and prison officials and bear any expenses incidental thereto. The parties will comply with any reasonable conditions imposed by California Department of Corrections & Rehabilitation and prison officials related to Mr. Merryman's deposition. The parties agree to meet and confer and coordinate Mr. Merryman's deposition in good faith. The deposition of Mr. Merryman will take place in the Richard J. Donovan Correctional Facility at a date and time that is mutually convenient for the parties.

10. Plaintiff BRIAN MURPHY currently resides in the Lerdo Max-Med Security Facility in Bakersfield, California in the custody of the Federal Bureau of Prisons. Defendants shall make all necessary arrangements with the Federal Bureau of Prisons and prison officials and bear any expenses incidental thereto. The parties will comply with any reasonable conditions imposed by Federal Bureau of Prisons and prison officials related to Mr. Murphy's deposition. The parties agree to meet and confer and coordinate Mr. Murphy's deposition in good faith. The deposition of Mr. Murphy will take place in the Lerdo Max-Med Security Facility at a date and time that is mutually convenient for the parties.

///
///
///
///
///
///

1  IT IS SO STIPULATED.

2  Dated: November 1, 2012                          McCORMICK, BARSTOW, SHEPPARD,
3                                                                         WAYTE & CARRUTH LLP

4

5                                                                    By: ___/s/ Adam B. Stirrup___
                                                                             Michael G. Woods
6                                                                           Adam B. Stirrup
                                                                         Attorneys for Defendants
7

8  Dated: November 1, 2012                                    PRISON LAW OFFICE

9

10                                                                      /s/ Donald Specter
                                                                    By: (as authorized on November 1, 2012)
11                                                                          Donald Specter
                                                                              Kelly Knapp
12                                                                     Attorneys for Plaitniffs

13
    Dated: November 1, 2012                                          COOLEY LLP
14

15                                                                     /s/ Maureen P. Alger
                                                                    By: (as authorized on November 1, 2012)
16                                                                       Maureen P. Alger
17                                                                      Monique R. Sherman
                                                                        Mary Kathryn Kelley
18                                                                        Shannon Sorrells
                                                                        Attorneys for Plaintiffs
19

20  Dated: November 1, 2012                            DISABILITY RIGHTS CALIFORNIA

21

22                                                                      /s/ Melinda Bird
                                                                    By: (as authorized on November 1, 2012)
23                                                                          Melinda Bird
                                                                           Monisha Coelho
24                                                                         Agnes Williams
                                                                        Attorneys for Plaintiffs
25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3
STIPULATION FOR LEAVE OF COURT FOR DEFENDANTS TO TAKE DEPOSITIONS OF PLAINTIFFS

**ORDER**

The Parties' Stipulation is approved.

IT IS SO ORDERED.

Dated:   **November 5, 2012**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

4
STIPULATION FOR LEAVE OF COURT FOR DEFENDANTS TO TAKE DEPOSITIONS OF PLAINTIFFS