DONALD SPECTER (SBN 83925)
KELLY KNAPP (SBN 252013)
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

MAUREEN P. ALGER (SBN 208522)
MONIQUE R. SHERMAN (SBN 227494)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000

ATTORNEYS FOR PLAINTIFFS
**[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN HALL, SHAWN GONZALES, SHARON CHAVEZ, ROBERT MERRYMAN, DAWN SINGH, CARLTON FIELDS, and BRIAN MURPHY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MARGARET MIMS, Sheriff, Fresno County; EDWARD MORENO, M.D., Director, Fresno County Department of Public Health; GEORGE LAIRD, Ph.D., Division Manager, Division of Correctional Health, Fresno County Department of Public Health; PRATAP NARAYEN, M.D., Medical Director, Division of Correctional Health, Fresno County Department of Public Health; RICK HILL, Captain of Detention, Fresno County Sheriff's Office; MARILYNN WELDON, Captain of Inmate Programs and Contracts, Fresno County Sheriff's Office,<br><br>Defendants. | Case No. 1:11-CV-02047-LJO-BAM<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS MARGARET MIMS, SHERIFF, FRESNO COUNTY; EDWARD MORENO, M.D., DIRECTOR, FRESNO COUNTY DEPARTMENT OF PUBLIC HEALTH; GEORGE LAIRD, PH.D., DIVISION MANAGER, DIVISION OF CORRECTIONAL HEALTH, FRESNO COUNTY DEPARTMENT OF PUBLIC HEALTH; PRATAP NARAYEN, M.D., MEDICAL DIRECTOR, DIVISION OF CORRECTIONAL HEALTH, FRESNO COUNTY DEPARTMENT OF PUBLIC HEALTH; RICK HILL, CAPTAIN OF DETENTION, FRESNO COUNTY SHERIFF'S OFFICE; MARILYNN WELDON, CAPTAIN OF INMATE PROGRAMS AND CONTRACTS AND SUBSTITUTE THE COUNTY OF FRESNO AS DEFENDANT AND DISMISS WITHOUT PREJUDICE SHARON CHAVEZ AND CARLTON FIELDS AS NAMED PLAINTIFFS** |

1  MARY KATHRYN KELLEY (SBN 170259)
2  SHANNON SORRELLS (SBN 278492)
   COOLEY LLP
3  4401 Eastgate Mall
   San Diego, CA 92121-1909
4  Telephone: (858) 490-6000

5  MELINDA BIRD (SBN 102236)
6  MONISHA COELHO (SBN 219233)
   AGNES WILLIAMS (SBN 143532)
7  DISABILITY RIGHTS CALIFORNIA
   350 South Bixel Street, Suite 209
8  Los Angeles, CA 90017
   Telephone: (213) 213-8000
9  Fax: (213) 213-8001

10

11  **[ADDITIONAL COUNSEL LISTED ON CAPTION PAGE]**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS STIPULATED BY THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, AND ORDERED BY THE COURT AS FOLLOWS:**

**A. The Parties Stipulate to Substitute the County of Fresno as Defendant.**

Plaintiffs filed this action against Margaret Mims, Edward Moreno, George Laird, Pratap Narayen, Rick Hill, and Marilynn Weldon, employees of the County of Fresno, in their official capacities on December 13, 2011.

The County of Fresno is the proper party in this action and should be substituted for the named defendants in this matter. Accordingly, the named defendants should be dismissed without prejudice and the County of Fresno should be substituted as the Defendant. *See Kentucky v. Graham*, 473 U.S. 159, 165-166 (1985); *Luke v. Abbott*, 954 F.Supp. 202, 203 (C.D. Cal. 1997) ("If only the official-capacity officer is named, it would be proper for the Court upon request to dismiss the officer and substitute instead the local government entity as the correct defendant.")

**B. The Parties Stipulate to Dismiss Carlton Fields and Sharon Chavez as Named Plaintiffs.**

Plaintiffs in this action are Quentin Hall, Shawn Gonzales, Sharon Chavez, Robert Merryman, Dawn Singh, Carlton Fields, and Brian Murphy. Plaintiffs and Defendants stipulate to dismiss without prejudice Sharon Chavez and Carlton Fields as named plaintiffs in this action. No parties shall be entitled to costs as a result of this dismissal.

IT IS SO STIPULATED.

Dated: November 15, 2012                                                                 PRISON LAW OFFICE

By:        /s/ *Donald Specter*
Donald Specter
Kelly Knapp
Attorneys for Plaitniffs

[SIGNATURES CONTINUED ON THE NEXT PAGE]

Dated:  November 15, 2012                                COOLEY LLP


By:      /s/ *Maureen Alger*
         Maureen P. Alger
         Mary Kathryn Kelley
         Attorneys for Plaintiffs

Dated:  November 15, 2012                    DISABILITY RIGHTS CALIFORNIA


By:      /s/ *Melinda Bird*
         Melinda Bird
         Monisha Coelho
         Attorneys for Plaintiffs


Dated:  November 15, 2012               McCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH LLP


         /s/ *Adam Stirrup*
By:  (as authorized on November 15, 2012)
         Michael G. Woods
         Adam B. Stirrup
         Attorneys for Defendants

**[PROPOSED]ORDER**

Good cause shown, it is hereby ORDERED:

1. The County of Fresno is substituted in place of Margaret Mims, Edward Moreno, George Laird, Pratap Narayen, Rick Hill, and Marilynn Weldon in this action.
2. Margarent Mims, Edward Moreno, George Laird, Pratap Narayen, Rick Hill, and Marilynn Weldon are dismissed without prejudice as named defendants.
3. Sharon Chavez and Carlton Fields are dismissed without prejudice as named plaintiffs. No parties shall be entitled to costs as a result of this dismissal.
4. The case caption in this action will hereby reflect the substitution of the County of Fresno and the dismissal of Sharon Chavez and Carlton Fields.

IT IS SO ORDERED.

Dated:   **November 16, 2012**              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE