IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN HALL, *et. al.*,<br><br>Plaintiffs,<br><br>MARGARET MIMS, *et. al.*,<br><br>Defendants. | CASE NO. 1:11-cv-2047-LJO-BAM<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT BRIAN MURPHY, USMS No. 67719-097**<br><br>DATE: NOVEMBER 26, 2012<br>TIME: 8:30 A.M. |

Inmate **BRIAN MURPHY**, **No. 67719-097**, a necessary and material witness on his own behalf in proceedings in this case on November 16, 2012, is confined at the Kern County Lerdo Max-Med Security Facility, 17645 Industrial Farm Road, Bakersfield, CA 93308, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate to the Fresno County Sheriffs' Department at the Fresno County Main Jail, 1225 "M" Street, Fresno, California on November 26, 2012, at 8:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus Ad Testificandum issue commanding the Warden and the United States Federal Marshals Service to produce BRIAN MURPHY, the inmate named above, to testify at deposition at the Fresno County Main Jail at the time and place above; and thereafter to return the inmate to the Kern County Lerdo Max-Med Security Facility;

2. The United States Federal Marshals Service will produce and deliver the body of BRIAN MURPHY to the Fresno Country Sheriffs' Department for purposes of having his deposition taken in the above-mentioned matter on November 26, 2012 at 8:30 a.m. at the Fresno County Main Jail;

3. Immediately following the completion of his deposition for that day at 3:30 p.m., BRIAN MURPHY shall be returned to federal custody and transported to the Kern County Lerdo Max-Med;

4. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

5. Compliance with the above shall be deemed sufficient compliance with this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To the Warden of Kern County Lerdo Max-Med Security Facility:**

**WE COMMAND** you to produce the inmate named above to testify at the Fresno County Main Jail at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution. **The inmate's legal property relevant to this case shall accompany the inmate to court.**

**FURTHER**, the United States Federal Marshals Service will produce and deliver the body of BRIAN MURPHY to the Fresno Country Sheriffs' Department for purposes of having his deposition taken in the above-mentioned matter on November 26, 2012 at 8:30 a.m.;

**FURTHER**, immediately following the completion of his deposition for that day at 3:30 p.m., BRIAN MURPHY shall be returned to federal custody and transported to the Kern County Lerdo Max-Med Security Facility by the United States Federal Marshals Service;

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **November 21, 2012**          /s/ **Barbara A. McAuliffe**
                                           UNITED STATES MAGISTRATE JUDGE