McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Michael G. Woods, #58683
*mike.woods@mccormickbarstow.com*
7647 N Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant COUNTY OF FRESNO

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN HALL, SHAWN GONZALES, ROBERT MERRYMAN, DAWN SINGH, and BRIAN MURPHY on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF FRESNO,<br><br>　　　　Defendant. | Case No. 1:11-CV-02047-LJO-BAM<br><br>**ORDER AFTER HEARING**<br><br>Judge:   Hon. Barbara A. McAuliffe |

On November 19, 2014, the parties appeared through counsel for a telephonic status conference on the progress of settlement negotiations. Having heard the positions of the parties and good cause appearing therefore in order to assure timely resolution of the negotiations,

IT IS HEREBY ORDERED that on or before December 5, 2014, Defendant shall serve on Plaintiffs' counsel a written response to Plaintiffs' proposed Remedial Plan.

IT IS FURTHER ORDERED that the next telephonic status conference shall be held on December 15, 2014 at 9:00 a.m. The parties shall submit a joint status conference statement on or before December 11, 2014.

IT IS SO ORDERED.

Dated:   **November 21, 2014**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE