Jimmy Buford
Sid-1275467
Bk-1220961
Fresno County Jail

To: The Federal Court

(Hall vs. Fresno)
(1:11-cv-02047-LJO-BAM)

FILED
AUG 10 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

My Comments about the fairness of this settlement is that, Since I've been in Fresno County jail (4-10-12), to the current date of (8-10-15) I have not been Sentence.

(As of 6-19-15) I've Been found Incompetent to stand trial by a medical team outside of the Fresno County jail: Due to my Mentail Health. prowblum, And I am been Sent to a State Hospital.

So My trial has been post poned - Until, I recive help from a State hospital: Why did I have to Stay this long, In Fresno County jail, to find this out, after being seen by jail Staffs, Mentail health team.

Since I've been in here, I've been jumped, and Sent to the hospital for Stiches, on the Second floor of the main jail, thats used for A.D.A in 2013: By Inmates, that was not permently A.D.A but only temperarly Injured, And housed on this Floor, With A.D.A, And Mentail Health personal Inmates paitance.

Because of this, My Eighth and Forteenth Amendments, Is been violated right now: 8-10-15 as of. August tenth twothousand Fifthteen. (And)

Because of my Mentail health, and housing Conditions were not looked at; For three years and Counting; I've been in jail, My trial has been post-poned. Why: I was not able to stand trail, because of a Mentail health prowblum, I have had before I came to jail, in 2012 of April. "It took Fresno county jail, three years to evuluate me".

On 7-19-15 I was given a pc.1370 - placement hearing. And was Sent to Atascaderro State hospital. And my trial has been put on hold. My rights are been violated (right now) As of 8-10-15 and Counting.

I gave my testomony to the plaintiffs Counsel, Way before my pc-1370 placement hearing. and My Attack by three outher Inmates. that was not classifide to be house, with me, In 2013: How do I get my Justus payment

Buford

Jimmy Buford
JID-1275467
BK-1220961

②

(Holly V Fresno)
(Case No. 1-11-C-V-02047-LJO-BAM)

Thats due to me, for false Imprisonment, Unfair housing, poor medical care, an Mentail Health care for three years, and Counting. I've been in Fresno county jail, without a trial. (3 years)

I can only be-hold, foure years, I heard, so why am I going to a state hospital; just to come back and go to trial, for a Crime I did not comment; Do I contac, the prison Law office for help, or get a civle lawyer, an sue on my own behalf.

When you recive this letter, I may be gone to Atascaderro State hospital. I wateing for a bed to open up.      Sincerly
                                                Jimmy Buford
                                                8-4-15

The Settlement is Face from, fair an just, And the jail has not done anything to Improve our living Candision on the Second floor Main jail, to house, the A.D.A Imates.

We are still in danger, have no rails, for our showers and tolit area; for us to stand up or sit down.

And I was made, to cell up with three outher Inmates, after I told them I did not want to be, with anyone due to my attack upon myself, by three Inmates. In (2013). My One man Cell was taken away on July 9th. An I was foase to a 4 man cell. On July 20th 2015. after Two years of a single cell for my safty.
                                                Sincerly
                                                Jimmy Buford
                                                8-4-15

RECEIVED
AUG 10 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK