DANIEL CEDERBORG (SBN 124260)
OFFICE OF FRESNO COUNTY COUNSEL
2220 Tulare Street, Room 500
Fresno, CA 93721
Telephone: (559) 600-3479
Fax: (559) 600-3480

ATTORNEYS FOR DEFENDANT

DONALD SPECTER (SBN 83925)
KELLY KNAPP (SBN 252013)
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

ATTORNEYS FOR PLAINTIFFS

**[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN HALL, SHAWN GONZALES, ROBERT MERRYMAN, DAWN SINGH, and BRIAN MURPHY, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF FRESNO<br><br>　　　　　Defendant. | Case No. 1:11-CV-02047-LJO-BAM<br><br>**JOINT REQUEST FOR APPOINTMENT OF COURT EXPERT AND [PROPOSED] ORDER**<br><br>Date:<br>Courtroom:　　8<br>Judge:　　　Hon. Barbara McAullife<br>Action Filed:　December 13, 2011 |

MAUREEN P. ALGER (SBN 208522)
MONIQUE R. SHERMAN (SBN 227494)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000

MARY KATHRYN KELLEY (SBN 170259)
SHANNON SORRELLS (SBN 278492)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 490-6000

MELINDA BIRD (SBN 102236)
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 209
Los Angeles, CA 90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

*Attorneys for Plaintiffs*

**[ADDITIONAL COUNSEL LISTED ON
CAPTION PAGE]**

1      Pursuant to the Consent Decree (ECF 112-1) approved by this Court on November

2, 2015 (ECF 170), the parties shall "jointly request the appointment of three Court

experts pursuant to rule 706 of the Federal Rules of Evidence to advise the Court on the

adequacy of implementation of the Remedial Plan." (ECF 112-1 at ¶ 10.)   It further

provides, "The Court experts shall be entitled to reasonable compensation in an amount

approved by the Court, which shall be paid by Defendant."  (*Id.* at ¶ 11.)

      The parties have agreed on Dr. Roberta Stellman as one of the three Court experts.

Her curriculum vitae is attached as Exhibit A.  Dr. Stelmman will complete evaluations

and reports regarding mental health care in the Fresno County Jail.  Defendant has agreed

to compensate her at a rate of $425 an hour for work performed and $175 an hour for time

spent traveling, and will reimburse her for reasonable travel expenses.

      Defendant has provided Dr. Stellman with a copy of the Expert's Duties (ECF

112-1, Appendix B, at 42-43).

      The parties hereby request appointment of Dr. Roberta Stellman as Court expert

and approval of the compensation in the amount described above.


Respectfully submitted,

Dated: April 7, 2016          PRISON LAW OFFICE


:/s/ *Kelly Knapp*
Kelly Knapp
Attorney Plaintiffs Quentin Hall, Shawn
Gonzales, Robert Merryman, Brian Murphy,
Dawn Singh, and the Plaintiff Class

Dated:  April 7, 2016         OFFICE OF FRESNO COUNTY COUNSEL


:/s/ *Daniel Cederborg*
Daniel Cederborg
Attorney for Defendant

//
//

The Court approves the appointment of Dr. Roberta Stellman as Court expert to be paid by Defendant in the amount of $425 an hour for work performed and $175 an hour for time spent traveling. Defendant will also reimburse her for reasonable travel expenses.

Rule 706(b) of the Federal Rules of Evidence requires the Court to " inform the expert of the expert's duties." The expert's duties are as follows:

1.      Pursuant to rule 706 of the Federal Rules of Evidence, the Courts' experts shall advise the Court on the adequacy of the implementation of the Remedial Plan.

2.      During the first year of the Consent Decree, the three Court experts shall each complete one comprehensive review and report to advise the Court on defendant's progress in implementing the Remedial Plan. For the remaining duration of the Consent Decree, the Court experts shall complete comprehensive reviews and reports as they determine to be necessary, or as jointly requested by the parties, but not more than once a year, to advise the parties and the Court on the adequacy of defendant's implementation of the Remedial Plan. To form the basis of their reports, the Court experts shall have access to all parts of any County jail facility, with adequate notice provided in advance of the same to ensure appropriate security is provided, all relevant budgetary, custody, and health care documents, persons (including confidential interviews with consenting staff and consenting prisoners) and institutional meetings, proceedings, and programs to the extent the experts reasonably determine such access is needed to fulfill their obligations. The Court experts shall not have access to personnel files, including records and information deemed confidential pursuant to California Penal Code § 832.7. Attorneys shall not have ex parte contact with experts regarding their preliminary and proposed opinions to be presented to the parties.

3.      At the request of either party, the Court experts shall participate in the dispute resolution process, as described in Paragraph 18 of the Consent Decree, by

evaluating the issue in dispute and preparing a report, including but not limited to whether

defendant is in substantial compliance with the terms of the Remedial Plan. The expert(s)

shall devote his or her best efforts to provide his or her report regarding the area of

disagreement within 45 days of the request.

4.      The Court experts shall be available to meet jointly with the parties in

person or by telephone in a manner that is reasonable and convenient for the purpose of

resolving disputes between the parties.

5.      At the request of the Court, the Court experts shall attend any negotiations,

mediation sessions, or court hearings.

6.      The Court experts shall be entitled to reasonable compensation in an

amount approved by the Court, which shall be paid by Defendant, for time incurred to

prepare reports, resolve disputes, or attend hearings or meetings as requested by the Court.

The Court experts shall provide defendant with a detailed written itemization of the

claimed fees and costs, itemized by date, amount of time spent, and task, as well as

records and bills evidencing the costs claimed, on a quarterly basis.


**IT IS SO ORDERED.**

Dated:                                    _____

                                          Hon. Barbara McAullife
                                          UNITED STATES MAGISTRATE JUDGE

EX. A

**Roberta E. Stellman, M.D., DABPN, DFAPA, CCHP**

*PERSONAL INFORMATION*
    Address: ███ ██ ███
        Rio Rancho, NM 87124

    Phone: ████████████████████
    Email: roberta.stellman@gmail.com

*EDUCATION*
    University of New Mexico, Chief Resident, Psychiatry, 1980-81
    University of New Mexico, Department of Psychiatry, Residency 1977-81
    State University of New York, Downstate Medical Center, M.D., 1973-77

*PROFESSIONAL EXPERIENCE*

Mental Health Expert for the US Department of Justice, Special Litigation, Civil Rights Division in a Settlement Agreement involving Muscogee County Jail, United States of America v. Columbus County Government 2012-present

Contract Compliance Monitor for Behavioral Health Services at the Bernalillo County / Metropolitan Detention Center, a under the Stipulated Settlement Agreement in United States District Court, Jimmy McClendon, et al vs. City of Albuquerque No. CV-95-24 MV/ACT 1/2009-present.

Contract Compliance Monitor for Medical services at the Bernalillo County Metropolitan Detention Center. Monitor and advise on the development of systems of health care delivery, quality improvement programs, and contract compliance between the County and its health care provider. 2010 – December 2015

Golden Grove Correctional Facility, USVI 2013 Settlement Agreement with USDOJ, Mental Health Expert to the Monitor 2013-June 2015

Dwight Williams et al. v City of Philadelphia et al. US District Court for the Eastern District of Pennsylvania, No. 08-cv-1979 Class Action, Mental Health Expert for the plaintiffs 2013-present

Consultant with CNA/CGL for a review of services provided to the seriously mentally ill segregated inmate remanded to the US Bureau of Prisons 2013-4/2014

Expert Witness for the Cook County State's Attorney's Office, Conflicts Counsel Unit Loeff, Robert v. Cook County, 11 C 1790, 2011- 2013

Sub-contracted Consultant with the US Department of Homeland Security CRCL, contract held by Dr. Jeffrey Metzner for compliance investigations 2011- June 2015

Expert Witness for the Cook County State's Attorney's Office, Conflicts Counsel Unit Joseph Demouchette, Jr. et al. v.Cook County, 08 C 4441, 2011- present

Contract Consultant with MGT America, Inc. as a facility inspector for ICE facilities, governmental and Contract jails regarding the ICE 2000 and 2008 health care standards July 2009-2010

Consultant for the Delaware Department of Correction regarding their mental health quality improvement and compliance monitoring of Mental Health Services 2010-2012

Expert Witness for the Cook County State's Attorney's Office, Conflicts Counsel Unit, Haynes v. Dart-08 C 4834 - opinions regarding the adequacy of specific mental health services at Cook County Jail - 2009

Mental Health Expert monitoring compliance with the Memorandum of Agreement between the State of Delaware, Department of Correction and the United States Department of Justice, Civil Rights Division Special Litigation Section 2007- 2010

Staff Psychiatrist, Ben Archer Health Center 8/2006-2008 working part-time at a rural federally qualified non-profit primary care clinic servicing four counties throughout southern New Mexico. Director for the Behavioral Health Department overseeing quality performance for LISWs at four clinics and the only psychiatrist and delivering direct outpatient care to clinic patients referred from any site.

Clinical Psychiatrist, Wexford Health Services 7/2004-9/2006, providing ongoing psychiatric services at Southern New Mexico Correctional Facility, an 800 person male minimum restrict, medium and medium/maximum prison complex.

Regional Psychiatric Director for AddusHealthCare 6/03-7/04, a private contractor for medical services within the New Mexico Department of Corrections system. Responsible for quarterly CQI, Peer Review, Policy Development, and supervision of all psychiatrists working under this contract with NMDOC.

Clinical Psychiatrist, Contract employee 1998-10/2005, direct patient care in a New Mexico Department of Corrections maximum, medium and minimum security prison setting, including an alternative housing unit for up to 96 maximum-security inmates with mental illness and serious personality disorders requiring management of complex behavioral problems. The latter housing unit was placed under a settlement agreement. The State chose to transfer that unit from the Penitentiary of New Mexico to SNMCF. In less than a year, the Department of

Corrections was released from suit because of the quality of care delivered at our site. Developed NMDOC's system of informed consent and medical education forms for psychiatry still in use, maintained annual call schedules and developed an orientation manual for incoming psychiatrists.

Sierra Vista Hospital, part time Staff Psychiatrist, solo outpatient practice providing comprehensive psychiatric services to a large but sparsely populated rural county. Chaired the hospital CQI committee and implemented a data tracking system that integrated all quality measures throughout the facility and was instrumental in securing JCAHO reaccreditation 1997-2002.

Lovelace Health Systems 1991-1997 (a 300 physician staff model managed care integrated health care delivery system, inpatient and outpatient populations). Primary clinical responsibilities were managing all adult inpatient and partial hospital caseload and half time outpatient care for adult patients. ECT privileged. Medical Director for the Behavioral Health Division. Medical Director responsible for after hour and weekend call schedules, all disciplines of professional staff CQI, Peer Review monitoring, and accreditation processes. Innovations included the development of clinical documentation instruments, tracking processes, and proficiency expectations for the professional staff. Patient and family complaints for this large mental health system were resolved and none resulted in litigation. Served as an active member of the department's and organization's management team.

Faculty, Bayer Institute for Health Care Communication, 1994-1998, facilitator for Clinician-Patient Communication and Relationships workshops to improve treatment adherence.

Private Practice, Adult Psychiatry 1983-1991
- Clinical Consultant, New Mexico Department of Corrections, 1983-1991, including Central, Southern and Western Correctional Facilities for adult male and female inmates, all levels of security classification and reception and diagnostics.
- Preferred provider for Champus Restore program, USAF, KAFB, 1989-91
- Independently contracted Personnel Security Mental Health Examiner for security clearances at the Department of Energy
- Disability Determination Psychiatric Consultant, Social Security Administration, Department of Disability Determination
- Forensic consultation with experience as an expert witness for the prosecution and plaintiffs in civil and forensic litigation in both District and Federal Court systems.

Clinical Assistant Professor, University of New Mexico, Department of Psychiatry 1983-91

Assistant Professor, University of New Mexico, Department of Psychiatry 1981-*83*

Chief, Inpatient Psychiatry, Albuquerque Veterans Administration Medical Center 1981-83 responsible for the operation of the inpatient psychiatric unit at the hospital.


*LICENSURE*
New Mexico, November 20, 1978, #78-270

*CERTIFICATION*
American Board of Psychiatry and Neurology, 1983
National Commission on Correctional Health Care, CCHP certification 2003-present

*PROFESSIONAL ORGANIZATIONS*
American Psychiatric Association, 1979-present; Fellow status 2000; Distinguished Fellow 2003; Distinguished Life Fellow 2013
National Commission on Correctional Health Care, 2003-present
Society of Correctional Physicians, 2003-2005; 2009-2011
American Correctional Association 2007-2008
Psychiatric Medical Association of New Mexico, 1979-2003
American Academy of Psychiatry and the Law, 1990-2003
New Mexico Medical Society, 1985-2003
Greater Albuquerque Medical Association, 1985-2003

*PROFESSIONAL POSITIONS & APPOINTMENTS*
American Psychiatric Association, work group on Correctional Psychiatry, 2012-  present
American Psychiatric Association, Council on Psychiatry and the Law, member 2009-2013
Nevada Psychiatric Association, Assembly Dep Rep to the APA Assembly 2012
NCCHC, task force on CCHP-MD accreditation 2009
American Psychiatric Association, Chair, Committee on Persons with Mental Illness in the Criminal Justice System, 2008-committee sunsetted 2009
American Psychiatric Association, Member, Committee on Persons with Mental Illness in the Criminal Justice System, 2008-2011- committee sunsetted 2009
American Psychiatric Association, Member, Assembly Awards Committee, 2008-2009
Psychiatric Medical Association of New Mexico, Representative to the APA Assembly, 2008-present
Psychiatric Medical Association of New Mexico, Deputy Representative to the APA Assembly, 2005-2008
Psychiatric Medical Association of New Mexico, Representative to the

APA Assembly, 1994-2001
American Psychiatric Association, Ethics Committee, Consultant, 1995-1998
Psychiatric Medical Association of New Mexico, Ethics Committee, 1993-96
American Psychiatric Association, CME representative for New Mexico, 1993
Psychiatric Medical Association of New Mexico, President, 1992
Psychiatric Medical Association of New Mexico, President-Elect, 1991
New Mexico Medical Society, Malpractice Panel, 1990-91
Psychiatric Medical Association of New Mexico, Forensic Committee, 1990-95
Psychiatric Medical Association of New Mexico, Interdisciplinary Committee, 1986-87
Psychiatric Medical Association of New Mexico, CME Committee, Chair, 1986-87
Psychiatric Medical Association of New Mexico, Treasurer, 1981-83

*HONORS*
Distinguished Life Fellow, American Psychiatric Association 2013- present
Distinguished Fellow, American Psychiatric Association, 2003-2013

Resident's Research Prize for an original research project comparing the effects of different gynecologic surgeries on the psychological well-being of the patients, American Society of Psychosomatic Obstetrics and Gynecology, 1980

*PUBLICATIONS*

Co-Author:  Psychiatric Services in Correctional Facilities, Third Edition; Edited by Robert Trestman, MD, American Psychiatric Press, Inc. ISBN 978-0-89042-464-3, July 2015

Stellman, RE: Psychological Aspects of Gynecologic Surgery.  In Sciarra JJ (ed): Gynecology and Obstetrics, vol6, chap.90. Philadelphia, Harper & Row, 1994

Psychological Aspects of Gynecologic Surgery, Volume 6, Chapter 90, <u>Obstetrics and Gynecology</u>, Harper and Row, Philadelphia, 1983

Psychological Effects of Vulvectomy, <u>Psychosomatics</u>, 25:779-783, 1984.

Book Review: Clinical Neuropsychology in the Criminal Forensic Setting; Edited by Robert L. Denney, PhD, and James P. Sullivan, PhD. New York: Guilford Press, 2008. 414 pp. $60.00; Journal of the American Academy of Psychiatry & the Law 2011; Volume 39, Number 3, 2011

*PRESENTATIONS:*

NCCHC, annual meeting October 2010 – Using Data to Drive Clinical Processes

APA, annual meeting May, 2011- Panelist, Mental Health Issues and the Law of Deportation

*CORRECTIONAL and CRIMINAL EXPERT WITNESS EXPERIENCE*

Celestino v. Singletary, 1991 – A class action suit filed by the inmate class in US District Court, Middle District of Florida, Jacksonville division.  I served as a Mental Health audit team leader for three prisons within the state under the direction of the court appointed monitor.

Fletcher Casey v. Samuel Lewis, 1991 - A class action suit filed by the ACLU Prison Project on behalf of the prisoner class in the State of Arizona.  I served as the mental health services expert witness for the Defendant, surveying four major prison complexes within the state, including two of the three mental health prisons, and testifying in Federal court.

Ruiz v. Estelle, 5th Cir. US District Court, 1997 - A class action suit against the Texas Department of Criminal Justice.  My role was to perform final surveys and reports of mental health services at five prisons, Skyview (a 550 man mental health prison), Jester IV (a 550 man mental health facility), Stiles (a 3000 man prison), Gatesville (a five facility women's prison) and Woodman (the women's State Jail and Reception Center).  I testified as a Mental Health expert witness for the plaintiffs in Federal court.

Delaware Department of Corrections 2006–2007,  Mental Health consultant and expert witness for Fried, Frank, et al, a law firm representing the State of Delaware in its preparations regarding a DOJ investigation and eventual settlement agreement.  My work included site surveys of all major facilities throughout the state to assess the quality of Mental Health care being delivered to all inmates and detainees by a private vendor.  In addition, I was asked to identify any opportunities for improvement for the Department of Corrections in their oversight of care.

MGT America, Inc. – Consultative review of the Massachusetts Department of Corrections' Mental Health  Services, including Bridgewater State Hospital - 2008

Compliance Monitor 2007-2011, for the Bernalillo County / Metropolitan Detention Center, a 2500 person jail under the Stipulated Settlement Agreement in United States District Court, Jimmy McClendon, et al vs. City of Albuquerque No. CV-95-24 MV/ACT.  In my role as a contracted compliance monitor for the County of Bernalillo in the oversight of their contract for mental health services with Correctional Medical Services, I have developed systems of mental health care delivery to meet and exceed  national standards and move towards compliance with the stipulated agreement.  In addition, I will be completing quarterly audits monitoring the contract compliance measures we have developed to oversee performance by the private vendor.

Mental Health Expert for the Monitor, MOA between DOJ and the Delaware DOC 2007- 2010. Performed extensive semi-annual audits on all aspects of mental health care at the four major prison sites in Delaware through 2010.  Site visit reports and recommendations were forwarded to the parties' independent monitor, Joshua W. Martin III.

Mental Health Consultant with Delaware Department of Correction 2010-2012

MGT America, Inc. – Consultative review of mental health services at the Kern County Jail System, Bakersfield, California - 2011.

MGT America, Inc. – Consultative review of the Massachusetts Department of Corrections' Mental Health
Services, including Bridgewater State Hospital – 2011

DOJ Special Litigation, Civil Rights Division – Consultant mental health expert for jail investigations 2009, 2012-present

Williams V. City of Philadelphia – 2013 Mental Health Expert for the Plaintiffs in a review of the Philadelphia Prison System

*IDIVIDUAL CORRECTIONAL CASES:*

Expert witness for the prosecution in a case of federal medical insurance fraud.  Case resulted in a conviction. United States of America v. James D. C. Jaramillo, MD Case No. CR-94-333-JP, US District Court New Mexico.   Testified.

Expert witness for the prosecution of alleged federal medical insurance fraud.  Case was settled.  United States of America v. Wayne Meyerowitz Case No. CR-94-333-SC, US District Court New Mexico.

Expert witness for the prosecution in a case of federal medical insurance fraud. United States of America v. Richard D. Yentis, MD 4:96-CR-138-A, US
District Court, Northern Texas.   Testified.  Case resulted in a conviction.

Expert witness for the prosecution in a case of  federal medical insurance fraud. United States of America v. H.E. Eugene Bonham, et al 4-96:CR-088-Y, US District Court, Northern Texas. Testified.  Case resulted in a conviction.

Expert Witness for the Cook County State's Attorney's Office, Conflicts Counsel Unit Loeff, Robert v.   Cook County, 11 C 1790, 2011- 2013, settled.

Expert Witness for the defense, Cook County State's Attorney, Civil Conflicts Unit 2009. Consulted in the case of Haynes v. Dart-08 C 4834, a class action lawsuit claiming 8th and 14th Bill of Rights violations.

Expert Witness for the defense, Cook County State's Attorney's Office, Conflicts Counsel Unit Joseph Demouchette, Jr. et al. v.Cook County, 08 C 4441, 2011- present

Expert Witness for the plaintiff, Christina Bobbin v. Corizon Health, Inc, et al Case 2:14-cv-00158-JES-DNF 12th Judicial Circuit in and for Lee County Florida 2014-present, deposed, settled.

Expert Witness for the plaintiff, Charmaine Baca v. CCA et al, Case 1:12-cv-00156-BRB-WDS, U.S. District Court for the District of New Mexico, 2012-present

Expert Witness for the plaintiff: Crystal Pena v Dale Greffet, CCA, et al, Case 1:12-cv-00710-JB-WDS , U.S. District Court for the District of New Mexico, 2013-present, deposed, settled.

Expert for the plaintiff, Donald Arthur Comeau v. Volusia County, PHS, Case 2009 12979 CIDL, Circuit Court, of the 7th Judicial Circuit, in and for Volusia County, Florida 2012-present, deposed, settled.

Expert for the defense, Derek Douglass v Metropolitan Detention Center et al, CV2013 07775; 2nd Judicial District Court, State of New Mexico 2014

Expert for the defense, Estrada, Diana, et al., v. Blanchett, Virginia, et al. CIV 14-192 GBW/LAM 2014-2015, deposed, case settled.

Expert for the plaintiff, Diane Schnee v Berks County, et al. Civil Action No. 14 2014 US District Court Eastern District of Pennsylvania.