DANIEL CEDERBORG (SBN 124260)
OFFICE OF FRESNO COUNTY COUNSEL
2220 Tulare Street, Room 500
Fresno, CA 93721
Telephone: (559) 600-3479
Fax: (559) 600-3480

ATTORNEYS FOR DEFENDANT

DONALD SPECTER (SBN 83925)
KELLY KNAPP (SBN 252013)
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

ATTORNEYS FOR PLAINTIFFS

**[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN HALL, SHAWN GONZALES, ROBERT MERRYMAN, DAWN SINGH, and BRIAN MURPHY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>    v.<br>COUNTY OF FRESNO<br>    Defendant. | Case No. 1:11-CV-02047-LJO-BAM<br><br>**JOINT REQUEST FOR APPOINTMENT OF COURT EXPERT AND ORDER**<br><br>Date:<br>Courtroom:  8<br>Judge:        Hon. Barbara McAullife<br>Action Filed: December 13, 2011 |

MAUREEN P. ALGER (SBN 208522)
MONIQUE R. SHERMAN (SBN 227494)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000

MARY KATHRYN KELLEY (SBN 170259)
SHANNON SORRELLS (SBN 278492)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 490-6000

MELINDA BIRD (SBN 102236)
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 209
Los Angeles, CA 90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

*Attorneys for Plaintiffs*

**[ADDITIONAL COUNSEL LISTED ON CAPTION PAGE]**

Pursuant to the Consent Decree (ECF 112-1) approved by this Court on November 2, 2015 (ECF 170), the parties shall "jointly request the appointment of three Court experts pursuant to rule 706 of the Federal Rules of Evidence to advise the Court on the adequacy of implementation of the Remedial Plan." (ECF 112-1 at ¶ 10.)  It further provides, "The Court experts shall be entitled to reasonable compensation in an amount approved by the Court, which shall be paid by Defendant." (*Id.* at ¶ 11.)

The parties have agreed on Dr. Roberta Stellman as one of the three Court experts. Her curriculum vitae is attached as Exhibit A.  Dr. Stelmman will complete evaluations and reports regarding mental health care in the Fresno County Jail.  Defendant has agreed to compensate her at a rate of $425 an hour for work performed and $175 an hour for time spent traveling, and will reimburse her for reasonable travel expenses.

Defendant has provided Dr. Stellman with a copy of the Expert's Duties (ECF 112-1, Appendix B, at 42-43).

The parties hereby request appointment of Dr. Roberta Stellman as Court expert and approval of the compensation in the amount described above.

Respectfully submitted,

Dated: April 7, 2016         PRISON LAW OFFICE


:/s/ *Kelly Knapp*
Kelly Knapp
Attorney Plaintiffs Quentin Hall, Shawn Gonzales, Robert Merryman, Brian Murphy, Dawn Singh, and the Plaintiff Class

Dated:  April 7, 2016         OFFICE OF FRESNO COUNTY COUNSEL


:/s/ *Daniel Cederborg*
Daniel Cederborg
Attorney for Defendant

//
//

The Court approves the appointment of Dr. Roberta Stellman as Court expert to be paid by Defendant in the amount of $425 an hour for work performed and $175 an hour for time spent traveling.  Defendant will also reimburse her for reasonable travel expenses.

Rule 706(b) of the Federal Rules of Evidence requires the Court to " inform the expert of the expert's duties."  The expert's duties are as follows:

1.	Pursuant to rule 706 of the Federal Rules of Evidence, the Courts' experts shall advise the Court on the adequacy of the implementation of the Remedial Plan.

2.	During the first year of the Consent Decree, the three Court experts shall each complete one comprehensive review and report to advise the Court on defendant's progress in implementing the Remedial Plan.  For the remaining duration of the Consent Decree, the Court experts shall complete comprehensive reviews and reports as they determine to be necessary, or as jointly requested by the parties, but not more than once a year, to advise the parties and the Court on the adequacy of defendant's implementation of the Remedial Plan.  To form the basis of their reports, the Court experts shall have access to all parts of any County jail facility, with  adequate  notice provided in advance of the same to ensure appropriate security is provided, all relevant budgetary, custody, and health care documents, persons (including confidential interviews with consenting staff and consenting prisoners) and institutional meetings, proceedings, and programs to the extent the experts reasonably determine such access is needed to fulfill their obligations.  The Court experts shall not have access to personnel files, including records and information deemed confidential pursuant to California Penal Code § 832.7.  Attorneys shall not have ex parte contact with experts regarding their preliminary and proposed opinions to be presented to the parties.

3.	At the request of either party, the Court experts shall participate in the dispute resolution process, as described in Paragraph 18 of the Consent Decree, by

evaluating the issue in dispute and preparing a report, including but not limited to whether defendant is in substantial compliance with the terms of the Remedial Plan.  The expert(s) shall devote his or her best efforts to provide his or her report regarding the area of disagreement within 45 days of the request.

4. The Court experts shall be available to meet jointly with the parties in person or by telephone in a manner that is reasonable and convenient for the purpose of resolving disputes between the parties.

5. At the request of the Court, the Court experts shall attend any negotiations, mediation sessions, or court hearings.

6. The Court experts shall be entitled to reasonable compensation in an amount approved by the Court, which shall be paid by Defendant, for time incurred to prepare reports, resolve disputes, or attend hearings or meetings as requested by the Court. The Court experts shall provide defendant with a detailed written itemization of the claimed fees and costs, itemized by date, amount of time spent, and task, as well as records and bills evidencing the costs claimed, on a quarterly basis.

IT IS SO ORDERED.

Dated:   **April 11, 2016**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE