| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | DONALD SPECTER (SBN 83925)<br>ALISON HARDY (SBN 135966)<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, CA 94710<br>Telephone: (510) 280-2621<br>Fax: (510) 280-2704<br><br>MAUREEN P. ALGER (SBN 208522)<br>MONIQUE R. SHERMAN (SBN 227494)<br>COOLEY LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>Telephone: (650) 843-5000 |
| 10<br>11 | ATTORNEYS FOR PLAINTIFFS<br>**[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]** |

| QUENTIN HALL, SHAWN GONZALES, ROBERT MERRYMAN, DAWN SINGH, and BRIAN MURPHY on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF FRESNO,<br><br>  Defendant. | Case No. 1:11-CV-02047-LJO-BAM<br><br>**STIPULATION AND PROPOSED ORDER** |
|---|---|

1    MARY KATHRYN KELLEY (SBN 170259)
     SHANNON SORRELLS (SBN 278492)
2    COOLEY LLP
     4401 Eastgate Mall
3    San Diego, CA 92121-1909
4    Telephone: (858) 490-6000

5    MELINDA BIRD (SBN 102236)
     DISABILITY RIGHTS CALIFORNIA
6    350 South Bixel Street, Suite 209
     Los Angeles, CA 90017
7    Telephone: (213) 213-8000
8    Fax: (213) 213-8001

On November 2, 2015, the Court approved the Consent Decree in this action, which includes a procedure by which plaintiffs collect payment for attorneys' fees and costs incurred in connection with the Consent Decree. Although the Court's Order dismissed the action, the Court specifically retained "continuing jurisdiction to interpret, implement and enforce the settlement, and all orders and judgement entered in connection therewith." Order at 3 [Dkt. No. 179].

Pursuant to the Consent Decree, the defendants have, for the first three years of the remedial phase, paid a flat fee of $40,000 per year to plaintiffs for fees and costs incurred in the remedial phase of this action, delivered at the beginning of each monitoring year following approval of the Consent Decree. Recognizing that plaintiffs' monitoring work in this remedial phase has been more encompassing than the parties had reasonably anticipated, the parties now agree that, within 60 days of the beginning of the fourth monitoring year, defendants shall deliver payment of $60,000 for plaintiffs' fees and costs. In subsequent monitoring years, defendants shall deliver to plaintiffs $18,750 on a quarterly basis for the duration of the Consent Decree, within 30 days of each calendar quarter of monitoring.

WHEREFORE, defendants agree to pay plaintiffs' counsel

- $60,000 by January 3, 2019 for the fourth year of monitoring in this action; and
- $18,750 on a quarterly basis for the duration of the Consent Decree within 30 days of each calendar quarter, following the fourth year of monitoring.

//
//
//
//
//
//

AGREED TO BY THE PARTIES:

Dated: September 17, 2018　　　　　　　　PRISON LAW OFFICE

　　　　　　　　　　　　　　　　　　　　*/s/ Alison Hardy*
　　　　　　　　　　　　　　　　　　　　　　Alison Hardy

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Quentin Hall, Shawn Gonzales, Robert Merryman, Brian Murphy, Dawn Singh, and the Plaintiff Class*

Dated: September 24, 2018　　　　　　　　FRESNO COUNTY COUNSEL

　　　　　　　　　　　　　　　　　　　　/s/ *Daniel Cederborg*
　　　　　　　　　　　　　　　　　　　　　　Daniel Cederborg
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

I, Alison Hardy, attest that Dan Cederborg signed this document on September 24, 2018.

IT IS SO ORDERED.

　　Dated:　**October 3, 2018**　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

3　　　　　　　　　　　　　　　1:11-CV-02047-LJO-BAM
STIPULATION AND PROPOSED ORDER