DONALD SPECTER (SBN 83925)
ALISON HARDY (SBN 135966)
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

MAUREEN P. ALGER (SBN 208522)
MONIQUE R. SHERMAN (SBN 227494)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000

ATTORNEYS FOR PLAINTIFFS

**[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN HALL, SHAWN GONZALES, ROBERT MERRYMAN, DAWN SINGH, and BRIAN MURPHY on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF FRESNO,<br><br>　　　　Defendant. | Case No. 1:11-CV-02047-JLT-BAM<br><br>**STIPULATION AND PROPOSED ORDER** |

MARY KATHRYN KELLEY (SBN 170259)
SHANNON SORRELLS (SBN 278492)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 490-6000

MELINDA BIRD (SBN 102236)
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 209
Los Angeles, CA 90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

Pursuant to the Consent Decree (ECF 112-1) approved by this Court on November 2, 2015 (ECF 170), the parties shall "jointly request the appointment of three Court experts pursuant to rule 706 of the Federal Rules of Evidence to advise the Court on the adequacy of implementation of the Remedial Plan." (ECF 112-1 at ¶ 10.) The Decree further provides, "The Court experts shall be entitled to reasonable compensation in an amount approved by the Court, which shall be paid by Defendant." (Id. at ¶ 11.)

This Court appointed Dr. Michael Puisis as Court expert on February 11, 2016 (ECF 198). After serving for six years, Dr. Puisis provided the parties with notice of his retirement on May 7, 2022.

Having met and conferred, the parties have agreed on Dr. Michael Puerini and Ms. Angela Goehring to replace Dr. Puisis. Dr. Puerini's curriculum vitae is attached as Exhibit A and Ms. Goehring's is attached as Exhibit B. Dr. Puerini and Ms. Goehring will complete evaluations and reports regarding medical care in the Fresno County Jail, based upon their tours and medical record reviews. Defendant has agreed to compensate Dr. Puerini at the rate of $400 an hour, and to compensate Ms. Goehring at the rate of $250 an hour for work performed and $125 an hour for time spent traveling. The state will reimburse both for reasonable travel expenses.

The parties have provided Dr. Puerini and Ms. Goehring with a copy of the Experts' Duties (ECF 112-1, Appendix B, at 42-43). Whereas the initial statement of Experts' Duties limited the Experts' comprehensive reviews and reports to one per year, the parties hereby stipulate that the Court Experts shall complete between one and three comprehensive reviews and reports each year to advise the parties and the Court on the adequacy of defendant's implementation of the Remedial Plan. In all other respects, the Experts' Duties remain unchanged.

The parties hereby request appointment of Dr. Michael Puerini and Ms. Angela Goehring as Court experts and approval of the compensation in the amount described above.

|     |                               |                                                                                                   |
| --- | ----------------------------- | ------------------------------------------------------------------------------------------------- |
| 1   |                               | Respectfully submitted,                                                                           |
| 3   | Dated:  September 8, 2022     | PRISON LAW OFFICE                                                                                 |
| 4   |                               |  /s/ Alison Hardy<br>Alison Hardy                                                                 |
| 5   |                               | *Attorneys for Plaintiff Quentin Hall, Shawn Gonzales, Robert Merryman, Brian Murphy, Dawn Singh, and the Plaintiff Class* |
| 8   | Dated:  September 8, 2022     | FRESNO COUNTY COUNSEL                                                                             |
| 9   |                               |  /s/ Daniel Cederborg<br>Daniel Cederborg                                                         |
| 11  |                               | *Attorney for Defendants*                                                                         |

I, Alison Hardy, attest that Dan Cederborg signed this document on September 8, 2022.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

The Court approves the appointment of Dr. Michael Puerini and Ms. Angela Goehring as Court experts to be paid by Defendant. Dr. Puerini shall be paid at the rate of $400 an hour, and Ms. Goering shall be paid at the rate of $250 an hour for work performed and $125 for travel time. Defendant will also reimburse them for reasonable travel expenses.

Rule 706(b) of the Federal Rules of Evidence requires the Court to "inform the expert of the expert's duties." The experts' duties are as follows:

1. Pursuant to rule 706 of the Federal Rules of Evidence, the Courts' experts shall advise the Court on the adequacy of the implementation of the Remedial Plan.

2. For the remaining duration of the Consent Decree, Court expert Dr. Puerini and Ms. Goehring shall complete at least one but not more than three comprehensive reviews and reports as they determine to be necessary, or as jointly requested by the parties, to advise the parties and the Court on the adequacy of defendant's implementation of the Remedial Plan. To form the basis of their reports, the Court experts shall have access to all parts of any County jail facility, with adequate notice provided in advance of the same to ensure appropriate security is provided, all relevant budgetary, custody, and health care documents, persons (including confidential interviews with consenting staff and consenting prisoners) and institutional meetings, proceedings, and programs to the extent the experts reasonably determine such access is needed to fulfill their obligations. The Court experts shall not have access to personnel files, including records and information deemed confidential pursuant to California Penal Code § 832.7. Attorneys shall not have ex parte contact with experts regarding their preliminary and proposed opinions to be presented to the parties.

IT IS SO ORDERED.

Dated: **September 13, 2022**   _____
UNITED STATES DISTRICT JUDGE