DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
CAVAN M. COX II
  Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California   93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendant,
County of Fresno

[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUENTIN HALL, SHAWN GONZALES, ROBERT MERRYMAN, DAWN SINGH, and BRIAN MURPHY on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>             v.<br><br>COUNTY OF FRESNO<br><br>                    Defendant. | Case No. 1:11-CV-02047-JLT-BAM<br><br>**STIPULATION AND PROPOSED ORDER** |

///

DONALD SPECTER (SBN 83925)
ALISON HARDY (SBN 135966)
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704

---
1
STIPULATION AND ~~PROPOSED~~ ORDER

MAUREEN P. ALGER (SBN 208522)
MONIQUE R. SHERMAN (SBN 227494)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000

MARY KATHRYN KELLEY (SBN 170259)
SHANNON SORRELLS (SBN 278492)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 490-6000

MELINDA BIRD (SBN 102236)
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 209
Los Angeles, CA 90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

**ATTORNEYS FOR PLAINTIFFS**

Pursuant to the Consent Decree (ECF 112-1) approved by this Court on November 2, 2015 (ECF No. 170), the parties shall "jointly request the appointment of three Court experts pursuant to rule 706 of the Federal Rules of Evidence to advise the Court on the adequacy of implementation of the Remedial Plan."  (ECF 112-1 at ¶ 10.)  The Consent Decree further provides, "The Court experts shall be entitled to reasonable compensation in an amount approved by the Court, which shall be paid by Defendant." (Id. at ¶ 11.)

This Court appointed Dr. Roberta Stellman as a Court expert on April 7, 2016 (ECF No. 202.)  Dr. Stellman retired in January of 2023 and can no longer perform expert duties.

Having met and conferred, the parties have agreed on Dr. James Vess to replace Dr. Stellman.  Dr. Vess's curriculum vitae is attached as Exhibit A.  Dr. Vess will complete evaluations and reports regarding mental health care in the Fresno County Jail, based upon his review of records and periodic site visits to the jail.  Defendant has agreed to compensate Dr. Vess at the rate of $300 per hour.  Defendant will reimburse Dr. Vess for reasonable travel expenses, and $100 per hour for travel time.

The parties have provided Dr. Vess with a copy of the Experts' Duties (ECF 112-1, Appendix B, at 42-43).  Whereas the initial statement of Experts' Duties limited the Experts' comprehensive reviews and reports to one per year, the parties hereby stipulate that Dr. Vess shall complete one comprehensive review and report each year to advise the parties and the Court on the adequacy of defendant's implementation of the Remedial Plan.  However, the parties further stipulate that if Dr. Vess reasonably determines that additional comprehensive reviews and reports are necessary, there may be up to two total comprehensive reviews and reports per calendar year.  In all other respects, the Experts' Duties remain unchanged.

The parties hereby request appointment of Dr. James Vess as a Court expert and approval of Dr. Vess' compensation as described above.

Dated: June 7, 2023                     Respectfully submitted,

                                        DANIEL C. CEDERBORG
                                        County Counsel


                                        /s/ Daniel C. Cederborg
                                By:     _____
                                        Daniel C. Cederborg
                                        *Attorneys for Defendant,*
                                        *County of Fresno*

                                        PRISON LAW OFFICE

                                        /s/ Alison Hardy
                                By:     _____
                                        Alison Hardy
                                        *Attorneys for Plaintiffs Quentin Hall, Shawn*
                                        *Gonzales, Robert Merryman, Brian Murphy, Dawn*
                                        *Singh, and the Plaintiff's Class*

# ORDER

The Court approves the appointment of Dr. James Vess as a Court expert to be paid by Defendant. Dr. Vess shall be paid at the rate of $300 per hour. Defendant shall also reimburse Dr. Vess for reasonable travel expenses plus $100 per hour for travel time.

Rule 706(b) of the Federal Rules of Evidence requires the Court to "inform the expert of the expert's duties." The Expert's duties are as follows:

1. Pursuant to rule 706 of the Federal Rules of Evidence, the Court's expert shall advise the Court on the adequacy of the implementation of the Remedial Plan.

2. For the remaining duration of the Consent Decree, Court expert Dr. James Vess shall complete at least one but not more than two comprehensive reviews and reports as Dr. Vess reasonably deems necessary, or as jointly requested by the parties, to advise the parties and the Court on the adequacy of defendant's implementation of the Remedial Plan. To form the basis of such reports, the Court expert shall have access to all parts of any County of Fresno jail facility, with adequate notice provided in advance of the same to ensure adequate security is provided, all relevant budgetary, custody, and healthcare documents, persons (including confidential interviews with consenting staff and consenting prisoners) and institutional meetings, proceedings, and programs to the extent the expert reasonably determines such access is needed to fulfill the expert's obligations hereunder. The Court expert shall not have access to personnel files, including records and information deemed confidential pursuant to California Penal Code section 832.7. Attorneys shall not have ex parte contact with expert regarding their preliminary and proposed opinions to be presented to the parties.

IT IS SO ORDERED.

Dated: **June 25, 2023**

_____
UNITED STATES DISTRICT JUDGE